**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| GERLY JIMENEZ MARTINEZ, | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | |
| | ) | No. 2:26-cv-02439-SHL-tmp |
| CHRISTOPHER BULLOCK, Acting Director of the New Orleans Field Office of ICE, in his official capacity, | ) ) ) ) | |
| Respondent. | ) ) | |

**ORDER DIRECTING RESPONDENT TO UPDATE POSITION**

On April 17, 2026, Petitioner Gerly Jimenez Martinez filed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]  (ECF No. 1.)  Petitioner challenges his ongoing immigration-related detention without a bond hearing at the West Tennessee Detention Facility as violative of his Fifth Amendment rights and the Immigration and Nationality Act.  (Id. at PageID 2, 10, 12–13.)  He seeks immediate release.  On April 23, Respondent timely responded in opposition to the Petition, arguing that Petitioner is rightfully detained without bond under 8 U.S.C. § 1225 and noting that the Sixth Circuit had not yet ruled on the issue of whether the detention of a noncitizen in Petitioner's position is governed by 8 U.S.C. § 1225 or § 1226. (ECF No. 9.)

On May 11, however, the Sixth Circuit issued the opinion in Lopez-Campos v. Raycraft, No. 25-1965, --- F.4th ---, 2026 WL 1283891 (6th Cir. 2026), affirming that a noncitizen who has spent "significant time . . . within the interior of the United States," and who has not

---

[1] The Petition has been referred to the undersigned pursuant to Administrative Order No. 2026-16.

committed an offense rendering them ineligible under § 1226(c), may not be detained without an individualized bond hearing.  Lopez-Campos, 2026 WL 1283891, at *13.

In light of the Sixth Circuit's holding in Lopez-Campos, Respondent is **ORDERED** to update the Court on his position within **two business days**.  If the basis of Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A) and Respondent continues to oppose release, Respondent shall either distinguish this case from Lopez-Campos or state why Lopez-Campos otherwise does not apply. If no such showing is made, Respondent shall state whether he consents to the issuance of the writ.

**IT IS SO ORDERED,** this 18th day of May, 2026.

s/  Tu M. Pham
TU M. PHAM
CHIEF UNITED STATES MAGISTRATE JUDGE

2